# SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

EDWIN RODRIGUEZ,

                                    Plaintiff,

          -against-

STATE OF NEW YORK,

                                    Defendant.

———————————————————————X

**U.S. DISTRICT COURT**
**FILED**
**JUL 0 7 2008**
**S. D. OF N. Y.**

Civil Judgment

08 Civ. 4709 (KMW)

Pursuant to the order issued __JUL 0 7 2008__ by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint, it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

———————————————————————
KIMBA M. WOOD
Chief Judge

Dated:  JUL 0 7 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.